UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HILTON ALLEN,**
 **Petitioner,**

v.          Case No. **4:12cv205/LC/CAS**

**JULIE L. JONES,**
 **Secretary, Florida**
 **Department of Corrections,**
 **Respondent.**[1]

## O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 3, 2015.  Doc. 29.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de novo_ determination of any portions to which an objection has been made.

  Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

---

  [1] Julie L. Jones is the current successor to Michael D. Crews as Secretary for the Department of Corrections and is automatically substituted as a party.  _See_ Fed. R. Civ. P. 25(d)(1).

Case No.: 4:12cv205/LC/CAS

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus filed by Petitioner Allen pursuant to 28 U.S.C. § 2254, is **DENIED**.  A certificate of appealability and leave to appeal in forma pauperis are also **DENIED**.

**DONE AND ORDERED** this 20th day of August, 2015.

s/*L.A. Collier*
LACEY A.  COLLIER
Senior United States District Judge